UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | 2:18-cv-04286-ODW (Ex) | Date | September 5, 2018 |
|---|---|---|---|
| Title | *Bryan Barello v. City of Long Beach, et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**            **In Chambers**

On June 21, 2018, the Court issued an Order Scheduling Meeting of Counsel and Scheduling Conference ("Order") setting the Scheduling Conference for September 10, 2018. (Order, ECF No. 21.) In accordance with Federal Rule of Civil Procedure 26(f)(2), the Order required the parties to file a joint report at least 7 days before the date of the Scheduling Conference. (Order 2.) The Court further warned the parties that, "**The failure to submit a joint report in advance of the Scheduling Conference may result in the dismissal of the action, striking the answer and entering default, or the imposition of sanctions**." (Order 4 (emphasis in original).)

On August 31, 2018, Defendants Long Beach Unified School District, Steven Duong, Danny Coronel, and Ernesto Mora ("District") filed a Rule 26(f) Report containing the District's Rule 26(f) information. (ECF No. 37.) On September 4, 2018, District filed an amended document incorporating Defendant City of Long Beach's ("City") Rule 26(f) information. (ECF No. 38.) According to Defendants District and City, counsel for Plaintiff Barello has not met and conferred with counsel for Defendants District and City regarding the parties' joint report, "[d]espite several attempts to do so." (ECF No. 38, at 1.) To date, Plaintiff Barello has neither contested Defendants' assertions nor filed his own 26(f) report.

Accordingly, the Court **ORDERS** Plaintiff Barello **TO SHOW CAUSE**, in writing, by **September 10, 2018**, why: 1) Plaintiff has not complied with the Court's Order, or Federal Rules of Civil Procedure; and 2) the Court should not sanction Plaintiff. The Court will discharge this Order upon the filing of a satisfactory Rule 26(f) Joint Report.

### CIVIL MINUTES – GENERAL

| No. | 2:18-cv-04286-ODW (Ex) | Date | September 5, 2018 |
|---|---|---|---|
| Title | *Bryan Barello v. City of Long Beach, et al.* | | |

The Court **VACATES** the Scheduling Conference, and **ORDERS** Plaintiff Barello to meet and confer with Defendants and file a joint report on or before **September 10, 2018**. To the extent a Scheduling Conference is necessary, the Court will set one upon receipt of the parties' joint report.

Failure to comply with this Order may result in dismissal of this action for lack of prosecution or further sanctions without further notice

**IT IS SO ORDERED.**

                                                                                                                        :    00

                                          Initials of Preparer    SE