Jerry L. Steering [State Bar No. 122509]
LAW OFFICE OF JERRY L. STEERING
4063 Birch Street
Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
jerrysteering@yahoo.com
Attorney for plaintiff Bryan Barello

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BARELLO, | ) Case No. CV 18-04286 ODW (EX) |
| Plaintiff, | ) |
| vs. | ) DECLARATION OF JERRY L. STEERING RE OSC RE DISMISSAL |
| CITY OF LONG BEACH, LONG BEACH UNIFIED SCHOOL DISTRICT, JAMES KROEGER, STEPHAN RITCHIE, TIMOTHY OLSON, STEVEN DUONG, DANNY CORONEL, ERNESTO MORA and DOES 1 through 10, inclusive, | ) DECEMBER 20, 2019 <br> ) TIME:   1:30 P.M. <br> ) CRTM:   5D |
| Defendants. | ) |

I, Jerry L. Steering, do hereby declare that the facts set forth herein are based upon my personal knowledge and if called upon to testify I could do so competently:

1) I am counsel of record for plaintiff Bryan Barello in this action.

2) This case settled at a Mediation on November 11, 2019.

DECLARATION OF JERRY L. STEERING RE OSC RE DISMISSAL

1

3) Since that time the City of Long Beach defendants have paid their portion of The $55,000.00 settlement.

4) I am presently engaged in a Riverside Superior Court jury trial.

5) However, the Long Beach Unified School District defendants have not yet Paid their remaining $5,000.00 portion of the settlement.

6) Yesterday at 5:04 p.m. I received an email from the defense lawyer for the Long Beach Unified School District defendants stating that the W-9 form from my office was not sufficient and that they needed the W-9 form from the plaintiff prior to paying him the $5,000.00 check.

7) Plaintiff will provide that W-9 form to the District.

8) Accordingly, plaintiff requests this Honorable Court to maintain jurisdiction over this case for an additional 45 days.

I declare under penalty of perjury under the laws of the United States of America that the above and foregoing is true and correct.

This the 20th day of December, 2019.

Dated: December 20, 2019      __/s/_ Jerry L. Steering_____
                              Jerry L. Steering, Attorney for Plaintiff
                              Bryan Barello